662

Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Messrs. Hartwell Cabell, Milton B. Ignatius,* and *Wendell P. Barker* for petitioner. *Messrs. Oscar R. Houston* and *D. Roger Englar* for respondent.

No. 849. AMERICAN SNUFF CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Mr. L. A. Luce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 831. BONET, TREASURER OF PUERTO RICO, *v.* QUILES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. No appearance for respondent.

No. 832. BONET, TREASURER OF PUERTO RICO, *v.* VALIENTE & Co. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. *Mr. Edelmiro Martinez Rivera* for respondent.

No. 834. DI SANTO *v.* UNITED STATES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William*

*J. Dawley* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Fred E. Strine* and *W. Marvin Smith* for the United States.

No. 835. M. McDONOUGH Co. *v.* WALDORF SYSTEM, INC. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. A. G. Gould* for petitioner. *Mr. Frank H. Stewart* for respondent.

No. 839. STERLING *v.* COMMISSIONER OF INTERNAL REVENUE. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward Holloway* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 851. GRUNWALD ET AL. *v.* UNITED STATES; and

No. 852. LUBITZKY *v.* SAME. April 11, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 94 F. 2d 952.

No. 854. UNITED STATES *v.* MOOR. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solictor General Jackson* for petitioner. No appearance for respondent.